Sharon Maynard, OSB # 92584
SWANSON, THOMAS & COON
820 SW Second Ave., Suite 200
Portland, Oregon 97204
Telephone: (503) 228-5222
Fax: (503) 273-9175
Email: smaynard@stc-law.com
    Of Attorneys for Plaintiff

FILED'06 APR 14 15:15 USDC-ORE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

**ALLEN C. WOODBURN,**

    Plaintiff

v.

**JO ANNE B. BARNHART,**
Commissioner, Social Security
Administration,

    Defendant

Civil No.04-857-AA

**ORDER**

Based upon the stipulation of the parties, it is hereby ORDERED that attorney fees in the amount of $6,099.38, costs in the amount of $ 171.10, and expenses in the amount of $ 57.72, for a total of $4,115.32 are awarded to Plaintiff pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412.

DATED this ___13___ day of ___April___, 2006.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

_____
SHARON MAYNARD
Attorney for Plaintiff

ORDER

SWANSON, THOMAS & COON
820 SW Second Ave., Suite 200
Portland, OR 97204
Telephone: (503) 228-5222